**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-28988 |
| | ) | |
| Juan and Francisca Quezada | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Hon. A. Benjamin Goldgar |

## CERTIFICATE OF SERVICE

<u>Statement on service list regarding serving docs electronically</u>

    I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the previously filed **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 4:00 p.m. on December 18, 2015.

                                                /s/ Ilene F. Goldstein
                                                  Ilene F. Goldstein

## SERVICE LIST

**U.S. Trustee**                        **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**                **Via Court's Electronic Notice for Registrants**
James T. Magee
Magee Negele & Associates P.C.
444 N. Cedar Lake Road
Round Lake, IL 60073

**Debtor**                                       **Via First Class Mail**
Juan and Francisca Quezada
107 Fairlawn Drive
Round Lake Park, IL 60073

See Attached Service List

| | | |
|---|---|---|
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Clerk of the United States Bankruptcy | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 |
| P.C. Jodi E. Gimbel<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | P.C. Jodi E. Gimbel<br>5 Revere Drive<br>Suite 350<br>Northbrook, IL 60062 | CHARTERED LAW OFFICES OF ILENE<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 |
| CHARTERED LAW OFFICES OF ILENE<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | U.S. Bank National Association<br>c/o Select Portfolio Servicing, Inc.<br>3815 South West Temple<br>Salt Lake City, UT 84115 | U.S. Bank National Association<br>c/o Select Portfolio Servicing, Inc.<br>3815 South West Temple<br>Salt Lake City, UT 84115 |