# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:    QUEZADA, JUAN C              §     Case No. 13-28988
          QUEZADA, FRANCISCA C.        §
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Room 710
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **01/08/2016 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>10/05/2015</u>          By:  /s/ Ilene F. Goldstein
                                              Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: QUEZADA, JUAN C | § | Case No. 13-28988 |
| QUEZADA, FRANCISCA C. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 35,500.00 |
| *and approved disbursements of* | $ 15,660.87 |
| *leaving a balance on hand of* [1] | $ 19,839.13 |
| **Balance on hand:** | $ 19,839.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 19,839.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,300.00 | 0.00 | 3,300.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,692.00 | 0.00 | 4,692.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 85.26 | 0.00 | 85.26 |
| Accountant for Trustee, Fees - Jodi E. Gimbel,P.C. | 619.75 | 0.00 | 619.75 |
| Accountant for Trustee, Expenses - Jodi E. Gimbel,P.C. | 86.00 | 0.00 | 86.00 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,959.01 |
| Remaining balance: | $ 10,880.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,880.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 10,880.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 94.12 | 0.00 | 94.12 |

Total to be paid for timely general unsecured claims: $ 94.12
Remaining balance: $ 10,786.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 143,711.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -2 | U.S. Bank National Association | 143,711.12 | 0.00 | 10,786.00 |

Total to be paid for tardy general unsecured claims: $ 10,786.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois

In re:                                                         Case No. 13-28988-ABG
Juan C Quezada                                                 Chapter 7
Francisca C. Quezada
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: ahamilton              Page 1 of 2           Date Rcvd: Dec 21, 2015
                              Form ID: pdf006              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2015.
db/jdb         #+Juan C Quezada,    Francisca C. Quezada,    107 Fairlawn Drive,    Round Lake Park, IL 60073-3110
20751727       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America, N.A.,     4161 Piedmont Parkway,
                 Greensboro, NC 27410)
20751729        +Lake County Radiology Assoc.,   c/o Oac,    P. O. Box 371100,   Milwaukee, WI 53237-2200
20751732        +North Chicago Fire Department,    c/o Merchants Credit,   223 W. Jackson Blvd., #400,
                 Chicago, IL 60606-6974
20751734         Northwestern Lake Forest Hosp.,    c/o Malcolm S. Gerald & Assoc.,    332 S. Michigan Ave., #600,
                 Chicago, IL 60604-4318
20751733        +Northwestern Lake Forest Hosp.,    660 North Westmoreland Road,    Lake Forest, IL 60045-1696
20751737        +Trackers, Inc.,   1970 Spruce Hills Drive,    Bettindorf, IA 52722-2681
22040268        +U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,
                 3815 South West Temple,   Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21779403         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2015 01:35:16
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
20751728         E-mail/Text: adjustments@myconsumers.org Dec 22 2015 01:27:02     Consumers Credit Union,
                 P. O. Box 9119,   Waukegan, IL 60079-9119
20751730         E-mail/Text: bankruptcy@landmarkcu.com Dec 22 2015 01:27:53     Landmark Credit Union,
                 2775 South Moorland Road,    New Berlin, WI 53151
20751731         E-mail/Text: bankruptcy@landmarkcu.com Dec 22 2015 01:27:53     Landmark Credit Union,
                 5445 SW Ridge Drive,   New Berlin, WI 53151
20751736         E-mail/Text: bknotice@erccollections.com Dec 22 2015 01:27:55     T-Mobile USA, Inc.,
                 c/o Enhanced Recovery Co.,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20751735      ##+Roberto Capetillo,   107 Fairlawn Drive,    Round Lake Park, IL 60073-3110
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2015                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2015 at the address(es) listed below:
         Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,   il35@ecfcbis.com
         Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
          IL35@ecfcbis.com
         Ilene F Goldstein, ESQ    ifgcourt@aol.com,  IL35@ecfcbis.com
         James T Magee   on behalf of Debtor 1 Juan C Quezada bankruptcy@mageenegele.com
         James T Magee   on behalf of Debtor 2 Francisca C. Quezada bankruptcy@mageenegele.com
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Dec 21, 2015
                              Form ID: pdf006              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Meredith S Fox    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust for registered holders of First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-FF2 bknotice@klueverplatt.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 7