# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: QUEZADA, JUAN C § Case No. 13-28988
      QUEZADA, FRANCISCA C. §
                                                §

Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

     ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $23,700.00                          Assets Exempt: $22,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,384.77           Claims Discharged
                                                                                       Without Payment: $132,925.12

Total Expenses of Administration: $13,115.23

---

     3) Total gross receipts of $ 35,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,000.00 (see **Exhibit 2**), yielded net receipts of $25,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,504.65 | $1,504.65 | $1,504.65 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,115.23 | 13,115.23 | 13,115.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 287,516.36 | 143,805.24 | 10,880.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $302,136.24 | $158,425.12 | $25,500.00 |

4) This case was originally filed under Chapter 7 on July 19, 2013. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/30/2016            By: /s/ILENE F. GOLDSTEIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Marital Residence 107 Fairlawn Drive Round Lake | 1110-000 | 35,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Vargas | Debtor's Exemption | 8100-002 | 10,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,000.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vargas | 4700-000 | N/A | 1,504.65 | 1,504.65 | 1,504.65 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,504.65** | **$1,504.65** | **$1,504.65** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,300.00 | 3,300.00 | 3,300.00 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 176.00 | 176.00 | 176.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 4,692.00 | 4,692.00 | 4,692.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 85.26 | 85.26 | 85.26 |
| Jodi E. Gimbel, P.C. | 3410-000 | N/A | 619.75 | 619.75 | 619.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | Amount | Amount |
|---|---|---|---|---|---|
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 86.00 | 86.00 | 86.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 30.02 | 30.02 | 30.02 |
| Rabobank, N.A. | 2600-000 | N/A | 26.10 | 26.10 | 26.10 |
| Rabobank, N.A. | 2600-000 | N/A | 32.83 | 32.83 | 32.83 |
| Rabobank, N.A. | 2600-000 | N/A | 28.92 | 28.92 | 28.92 |
| Rabobank, N.A. | 2600-000 | N/A | 26.95 | 26.95 | 26.95 |
| Rabobank, N.A. | 2600-000 | N/A | 30.76 | 30.76 | 30.76 |
| Arthur B. Levine Company | 2300-000 | N/A | 10.96 | 10.96 | 10.96 |
| Vargas | 3510-000 | N/A | 952.50 | 952.50 | 952.50 |
| Vargas | 2500-000 | N/A | 89.00 | 89.00 | 89.00 |
| Vargas | 2500-000 | N/A | 53.25 | 53.25 | 53.25 |
| Vargas | 3210-600 | N/A | 750.00 | 750.00 | 750.00 |
| Vargas | 2500-000 | N/A | 1,177.50 | 1,177.50 | 1,177.50 |
| Vargas | 2500-000 | N/A | 762.50 | 762.50 | 762.50 |
| Rabobank, N.A. | 2600-000 | N/A | 28.79 | 28.79 | 28.79 |
| Rabobank, N.A. | 2600-000 | N/A | 27.78 | 27.78 | 27.78 |
| Rabobank, N.A. | 2600-000 | N/A | 30.61 | 30.61 | 30.61 |
| Rabobank, N.A. | 2600-000 | N/A | 29.61 | 29.61 | 29.61 |
| Rabobank, N.A. | 2600-000 | N/A | 27.66 | 27.66 | 27.66 |
| Rabobank, N.A. | 2600-000 | N/A | 30.48 | 30.48 | 30.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$13,115.23** | **$13,115.23** | **$13,115.23** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 94.12 | 94.12 | 94.12 |
| 2 | U.S. Bank National Association | 7200-000 | N/A | 143,711.12 | 0.00 | 0.00 |
| 2 -2 | U.S. Bank National Association | 7200-000 | N/A | 143,711.12 | 143,711.12 | 10,786.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $287,516.36 | $143,805.24 | $10,880.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28988  
**Case Name:** QUEZADA, JUAN C  
QUEZADA, FRANCISCA C.  
**Period Ending:** 03/30/16

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 07/19/13 (f)  
**§341(a) Meeting Date:** 08/29/13  
**Claims Bar Date:** 05/06/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Marital Residence 107 Fairlawn Drive Round Lake  Imported from original petition Doc# 1 | 140,000.00 | 50,000.00 | | 35,500.00 | FA |
| 2  Deposits of Money (PNC Bank)  Imported from original petition Doc# 1 | 1,400.00 | 0.00 | | 0.00 | FA |
| 3  Livinroom Furniture, Television and Television S  Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 4  Bedroom Sets, Washer and Dryer  Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 5  Freezer, Kitchen Table and Chairs  Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 6  Wearing Apparel  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 7  Jewelry  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8  1997 Chrysler Van (168,000 miles)  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 9  2008 Nissan Rogue (Joint With Son)  Imported from original petition Doc# 1 | 18,000.00 | 0.00 | | 0.00 | FA |
| **9  Assets   Totals** (Excluding unknown values) | **$163,700.00** | **$50,000.00** | | **$35,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE FINAL ACCOUNT HAS BEEN FILED AND IS SET FOR HEARING ON JANUARY 8, 2016.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2015          **Current Projected Date Of Final Report (TFR):**    December 18, 2015  (Actual)

Printed: 03/30/2016 01:04 PM    V.13.25

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-28988  
**Case Name:** QUEZADA, JUAN C  
QUEZADA, FRANCISCA C.  
**Taxpayer ID #:** **-***9776  
**Period Ending:** 03/30/16  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 09/23/14 | | Vargas | SALE OF REAL ESTATE | | | 20,210.60 | | 20,210.60 |
| | {1} | | | 35,500.00 | 1110-000 | | | 20,210.60 |
| | | | Real Estate Taxes | -1,504.65 | 4700-000 | | | 20,210.60 |
| | | | Brokers Commission | -952.50 | 3510-000 | | | 20,210.60 |
| | | | Title Charges | -89.00 | 2500-000 | | | 20,210.60 |
| | | | Transfer Taxes | -53.25 | 2500-000 | | | 20,210.60 |
| | | | Attorney Fees for Real<br>Estate Counsel | -750.00 | 3210-600 | | | 20,210.60 |
| | | | Debtor's Exemption | -10,000.00 | 8100-002 | | | 20,210.60 |
| | | | Earnest Money | -1,177.50 | 2500-000 | | | 20,210.60 |
| | | | Owners Policy | -762.50 | 2500-000 | | | 20,210.60 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 20,200.60 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.02 | 20,170.58 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.10 | 20,144.48 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.83 | 20,111.65 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.92 | 20,082.73 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.95 | 20,055.78 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.76 | 20,025.02 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-28988, Bond | | 2300-000 | | 10.96 | 20,014.06 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.79 | 19,985.27 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.78 | 19,957.49 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.61 | 19,926.88 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.61 | 19,897.27 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.66 | 19,869.61 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.48 | 19,839.13 |
| 01/11/16 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,300.00, Trustee Compensation;  Reference: | | 2100-000 | | 3,300.00 | 16,539.13 |
| 01/11/16 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $85.26, Attorney for Trustee Expenses (Trustee Firm);  Reference: | | 3120-000 | | 85.26 | 16,453.87 |
| 01/11/16 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $4,692.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | | 3110-000 | | 4,692.00 | 11,761.87 |
| 01/11/16 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $619.75, Accountant for Trustee Fees (Other Firm); Reference: | | 3410-000 | | 619.75 | 11,142.12 |
| 01/11/16 | 106 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $86.00, Accountant | | 3420-000 | | 86.00 | 11,056.12 |

Subtotals :         $20,210.60        $9,154.48

{} Asset reference(s)

Printed: 03/30/2016 01:04 PM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-28988 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | QUEZADA, JUAN C | Bank Name: | Rabobank, N.A. |
|  | QUEZADA, FRANCISCA C. | Account: | ******4366 - Checking Account |
| Taxpayer ID #: | **-***9776 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 03/30/16 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | for Trustee Expenses (Other Firm);  Reference: | | | | |
| 01/11/16 | 107 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $176.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 176.00 | 10,880.12 |
| 01/11/16 | 108 | American InfoSource LP as agent for | Dividend paid 100.00% on $94.12; Claim# 1; Filed: $94.12; Reference: | 7100-000 | | 94.12 | 10,786.00 |
| 01/11/16 | 109 | U.S. Bank National Association | Dividend paid  7.50% on $143,711.12; Claim# 2 -2; Filed: $143,711.12; Reference: | 7200-000 | | 10,786.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 20,210.60 | 20,210.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 20,210.60 | 20,210.60 | |
| | | | Less: Payments to Debtors | | | 10,000.00 | |
| | | | NET Receipts / Disbursements | | $20,210.60 | $10,210.60 | |

| | |
|---|---|
| Net Receipts : | 20,210.60 |
| Plus Gross Adjustments : | 15,289.40 |
| Less Payments to Debtor : | 10,000.00 |
| Net Estate : | $25,500.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4366 | 20,210.60 | 10,210.60 | 0.00 |
| | $20,210.60 | $20,210.60 | $0.00 |

{} Asset reference(s)

Printed: 03/30/2016 01:04 PM    V.13.25